UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEWART PRICE                                              CIVIL ACTION

VERSUS                                                     NUMBER: 11-0641

N. BURL CAIN                                               SECTION: "F"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Stewart Price for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE